AO93 Search and Seizure Warrant

ORIGINAL

## UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of | Case No.    24-9172 MB |

1.  One (1) blue colored Motorola cellular telephone, IMEI unknown, seized from Ricardo Hermosillo-Lopez;

2.  One (1) blue colored iPhone cellular telephone, IMEI unknown; seized from Ricardo Hermosillo-Lopez;

3.  One (1) navy blue colored Samsung cellular telephone, IMEI 356408517371279, seized from Alfonso Oberon-Lugo;

4.  One (1) navy blue or black Motorola cellular telephone, IMEI unknown, seized from Alfonso Oberon-Lugo;

5.  One (1) gray or green Android cellular telephone, IMEI 869320064506076, seized from Alfonso Oberon-Lugo's silver Chevy Sonic; and

6.  One (1) blue Motorola cellular telephone, IMEI unknown, seized from Alfonso Oberon-Lugo's silver Chevy Sonic.

### SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    6/11/2024            *(not to exceed 14 days)* ☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days (*not to exceed 30*) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  <u>5/28/2024@2:41pm</u>          *E.S.Willett*
                                                                          *Judge's signature*

City and state: <u>Phoenix, Arizona</u>          <u>Honorable Eileen S. Willett, U.S. Magistrate Judge</u>
                                                                          *Printed name and title*

## <u>ATTACHMENT A</u>

The property to be searched is:

One (1) blue colored Motorola cellular telephone, IMEI unknown, seized from Ricardo Hermosillo-Lopez;



One (1) blue colored iPhone cellular telephone, IMEI unknown, seized from Ricardo Hermosillo-Lopez;



One (1) navy blue colored Samsung cellular phone, IMEI 356408517371279; seized from Alfonso Oberon-Lugo;



One (1) navy blue or black Motorola cellular phone, IMEI unknown; seized from Alfonso Oberon-Lugo;



One (1) gray or green Android cellular telephone, IMEI 869320064506076, seized from Alfonso Oberon-Lugo's silver Chevy Sonic;



One (1) blue Motorola cellular telephone, IMEI unknown; seized from Alfonso Oberon-Lugo's silver Chevy Sonic.



## ATTACHMENT B

### *Property to be seized*

1.     Any records and information found within the digital contents of the Target Devices that relate to possession with intent to distribute a controlled substance, in violation 21 U.S.C. § 841, and conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 846, including:

     a.  all information related to the sale, purchase, receipt, shipping, importation, transportation, transfer, possession, or use of drugs;

     b.  all information related to buyers or sources of drugs (including names, addresses, telephone numbers, contact information, photographs, locations, or any other identifying information);

     c.  all bank records, checks, credit card bills, account information, or other financial records reflecting the disposition of drug proceeds;

     d.  all information regarding the receipt, transfer, possession, transportation, or use of drug proceeds;

     e.  any information recording schedule or travel;

     f.  evidence indicating the cellular telephone user's state of mind as it relates to the crime under investigation;

     g.  contextual information necessary to understand the above evidence.

2.     Any records and information found within the digital contents of the Target Devices showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, correspondence, photographs, and browsing history;

As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications;

reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-9172MB | 29 May 2024 | N/A |

Inventory Made in the Presence of:

N/A

Inventory of the property taken and name of any person(s) seized:

Attempted to download phones on 05/29/24 and 5/30/24. Phones were unable to be downloaded. Still attempting to get into the cell phones so they can be downloaded.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: 06/12/2024

WANN L REED   Digitally signed by WANN L REED
Date: 2024.06.12 16:50:55 -07'00'
_____
*Executing officer's signature*



Wann Reed / Special Agent
*Printed name and title*